## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN S. GUSTIN,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:13-2488** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(COHN, M.J.)** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, ET. AL.,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## ORDER

In light of the memorandum issued in the above captioned matter this same day, **IT IS HEREBY ORDERED THAT:**

(1) the Report and Recommendation of Judge Cohn (Doc. 25) is **ADOPTED IN ITS ENTIRETY**;

(2) the plaintiff's appeal (Doc. 1) is **DENIED**; and

(3) the Clerk of Court is directed to **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**


**Dated: July 2, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2488-01-order.wpd